## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Christopher Roller,

                                                                                            Civil No. 05-1420 (RHK/AJB)

                Plaintiff,

vs.                                                                             **ORDER**

Sioux Valley Hospitals and Health System,

                Defendant.

---

Defendant's Motion to Dismiss is referred to Magistrate Judge Arthur J. Boylan for a recommended disposition. The November 21, 2005 hearing date for said Motion is **CANCELED**, although briefing of the Motion to Dismiss will be completed as though the hearing date remained as November 21st. Judge Boylan will advise the parties if he desires oral argument.

Dated: October 12, 2005

                                                                  s/Richard H. Kyle
                                                                  RICHARD H. KYLE
                                                                  United States District Judge