UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

CHRISTOPHER ROLLER,                          Civil No. 05-1420 (RHK/AJB)

      Plaintiff,                                   **ORDER**

v.

SIOUX VALLEY HOSPITAL,

      Defendant.

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated March 9, 2006, all the files and records, and after a de novo review of the entire file,

**IT IS HEREBY ORDERED**:

1. Defendant's Opposition to the Report and Recommendation (Objections) (Doc. No. 37) is **OVERRULED**;

2. The Report and Recommendation (Doc. No. 34) is **ADOPTED**;

3. Plaintiff's Motion for Leave to Amend Complaint (Doc. No. 35) is **DENIED**;

4. Defendant's Motion to Dismiss (Doc. No. 8) is **GRANTED**; and

5. The Complaint (Doc. No. 1) is **DISMISSED**.

Dated: March 24, 2006

                                                        s/Richard H. Kyle
                                                        RICHARD H. KYLE
                                                        United States District Judge